No. 519.   UNITED STATES *v.* JEFFERS.   United States Court of Appeals for the District of Columbia Circuit. Certiorari granted.   *Solicitor General Perlman* for the United States.

No. 505.   OBERMEIER *v.* UNITED STATES; and

No. 557.   UNITED STATES *v.* OBERMEIER.   C. A. 2d Cir. Certiorari denied.   *Paul O'Dwyer* for Obermeier.   *Solicitor General Perlman* for the United States.   *Assistant Attorney General McInerney* and *Robert S. Erdahl* were with him on the brief in No. 505.   Reported below: 186 F. 2d 243.

No. 515.   REILLY *v.* GODDARD, U. S. DISTRICT JUDGE. C. A. 2d Cir.   Certiorari denied.   *John T. Cahill* for petitioner.   *Edward C. Wallace* for respondent.

No. 524.   LYDON ET UX. *v.* CARNEY ET UX.   Supreme Court of Washington.   Certiorari denied.   Petitioners *pro se.   Lane Summers* for respondents.

No. 526.   PARR ET AL. *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied. *J. B. Lewright* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *John R. Benney* for respondent.

No. 527.   GEER ET AL., DOING BUSINESS AS LARRY GEER BALLROOMS, *v.* BIRMINGHAM ET AL., EXECUTORS.   C. A. 8th Cir.   Certiorari denied.   *Thomas B. Roberts* and

*Clyde B. Charlton* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott, Carlton Fox* and *John R. Benney* for respondents.

No. 531. DALLAS COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 3 ET AL. *v.* CITY OF DALLAS ET AL. Supreme Court of Texas. Certiorari denied. *Victor W. Bouldin* and *Marie McCutcheon* for petitioners. *H. P. Kucera* for respondents.

No. 533. SOKOL BROTHERS FURNITURE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Crampton Harris* for petitioner. *Solicitor General Perlman* for respondent.

No. 539. CRAVEN *v.* ATLANTIC COAST LINE RAILROAD CO. C. A. 4th Cir. Certiorari denied. *George E. Allen* for petitioner. *Collins Denny, Jr.* and *J. M. Townsend* for respondent.

No. 540. WASHINGTON GAS LIGHT CO. *v.* BAKER; and No. 548. PUBLIC UTILITIES COMMISSION OF THE DISTRICT OF COLUMBIA *v.* BAKER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Stoddard M. Stevens, C. Oscar Berry* and *Houston H. Wasson* for petitioner in No. 540. *Vernon E. West* and *Lloyd B. Harrison* for petitioner in No. 548. *Herbert P. Leeman, William A. Roberts, Jerome M. Alper, Francis J. Ortman* and *Irene Kennedy* for respondent. Reported below: 88 U. S. App. D. C. ——, 188 F. 2d 11.

No. 542. MINKOFF ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* and *George Trosk* for petitioners. *Solicitor General Perlman, Assist-*